UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FUNDS ADMINISTRATION | § | CASE NO. 05-95266-H4-11 |
| SERVICES, INC. | § | |
| | § | |
| DEBTOR | § | (CHAPTER 11) |

**NOTICE OF HEARING OF SPECIAL SETTING
TO ALLOW PARTIES TO ADDUCE TESTIMONY AND
INTRODUCE EVIDENCE AS TO WHY COATS ROSE
SHOULD NOT BE PAID ITS ATTORNEYS' FEES AND EXPENSES SET
FORTH IN THE PROSECUTION OF THE CLAIMS AGAINST
PHILADELPHIA INDEMNITY INSURANCE COMPANY**

Please take notice that a hearing of special setting will be held on the above-referenced matter to allow parties to adduce testimony and introduce evidence as to why Coats Rose should not be paid it attorneys' fees and expenses set forth in the prosecution of the claims against Philadelphia Indemnity Insurance Company in the above-referenced matter on February 19, 2008 at 8:30a.m. in Courtroom 600, 6th Floor at 515 Rusk Avenue, Houston, Texas 77002.

Patrick E. Gaas, SBN 0756279
David S. Lynch SBN 12725825
Coats Rose Yale Lyman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, Texas 77046
713/653-7387 (telephone)
713/890-3922 (facsimile)

**Special Litigation Counsel for Debtor**

1208254.1/005950.000001

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Hearing has been served on the following parties by U. S. mail, first class, postage prepaid on February 12, 2009:

L. Judson "Tip" Carroll, III
Georgia Surety Company, Inc.
1301 Hightower Trail, Suite 210
Atlanta, Georgia 30350

Keith Langley
Langley Weinstein Hamel
901 Main Street, Suite 600
Dallas, Texas 75202

David S. Lynch

1208254.1/005950.000001