

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/18/2009

| IN RE: | § | |
|---|---|---|
| | § | |
| FUNDS ADMINISTRATION | § | CASE NO. 05-95266-H4-11 |
| SERVICES, INC. | § | |
| | § | |
| DEBTOR | § | (CHAPTER 11) |

### AGREED ORDER ON HEARING OF SPECIAL SETTING TO ALLOW PARTIES TO ADDUCE TESTIMONY AND INTRODUCE EVIDENCE AS TO WHY COATS ROSE SHOULD NOT BE PAID ITS ATTORNEYS' FEES AND EXPENSES SET FORTH IN THE PROSECUTION OF THE CLAIMS AGAINST PHILADELPHIA INDEMNITY INSURANCE COMPANY

On February 6, 2009, the Court ordered that a hearing of special setting be held on February 19, 2009 at 8:30 a.m. to permit Georgia Surety Company, Inc., St. Paul Travelers, Selective Insurance Company of America, Merchants Bonding Company, Lumbermens Mutual Casualty Company and Developers Surety & Indemnity Co. (hereafter "Sureties") an opportunity to adduce testimony and introduce evidence as to why Special Counsel Coats Rose should not be paid its attorneys' fees and expenses set forth in the prosecution of the claims of FASI against Philadelphia Indemnity Insurance Company. After having received notice of this hearing as required by the Court, the Sureties affirmed that no objection to payment of Coats Rose's fees exists and that Coats Rose should be paid in full as set forth below.

Furthermore, in compliance with this Court's Order of February 6, 2009, Coats Rose and the Sureties agreed and requested entry of an Order that the funds totaling $608,010.67 which have been held in the trust of account of Keith Langley, Langley Weinstein Hamel, 901 Main Street, Suite 600 Dallas, Texas 75202 shall be disbursed as follows:

| | |
|---|---|
| Coats Rose Yale Ryman & Lee | $ 302,827.75 |
| Georgia Surety Company, Inc. | $ 49,692.23 |
| St. Paul/Travelers | $ 182,020.70 |
| Selective Insurance Company of America | $ 16,488.33 |
| Merchants Bonding Company | $ 3,155.22 |
| Lumbermens Mutual Casualty Company | $ 33,600.83 |
| Developers Surety & Indemnity Co. | $ 20,225.61 |
| Total | $ 608,010.67 |

The foregoing funds shall be disbursed from funds received from the Plan Trustee and deposited in to the Trust Account of Langley Weinstein Hamel to the Sureties and Coats Rose in the amounts specified above no later than Monday, March 2, 2009.

**SO ORDERED.**

Signed this 18th day of Feb., 2009

HON. JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

COATS ROSE YALE RYMAN & LEE

*/s/ Patrick E. Gass*
By: Patrick E. Gaas, SBN: 0756279
David S. Lynch, SBN: 12725825
Coats Rose Yale Ryman & Lee
3 Greenway Plaza, Suite 2000
Houston, Texas 77046
(713) 651-0111
(713) 651-0220 (Facsimile)


GEORGIA SURETY COMPANY, INC.,
ST. PAUL TRAVELERS,
SELECTIVE INSURANCE COMPANY OF AMERICA,
MERCHANTS BONDING COMPANY,
LUMBERMENS MUTUAL CASUALTY COMPANY AND
DEVELOPERS SURETY & INDEMNITY CO.


*/s/ Keith A. Langley*
By: Keith Langley, SBN: 11919500
Langley Weinstein Hamel
901 Main Street, Suite 600
Dallas, Texas 75202
(214) 722-7162
(214) 722-7161 (Facsimile)